UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

                      Plaintiff,

   -against-

                      Defendant,
-------------------------------------------------------X

**CASE MANAGEMENT PLAN**

**Docket Number:**

*SO ORDERED. This terminates the motion at Dkt. No. 7.*

*/s/ Jennifer E. Willis*
*Jennifer E. Willis*
*United States Magistrate Judge*

*April 25, 2023*

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _____.

2. No additional parties may be joined after _____.

3. No amendment of the pleadings will be permitted after _____.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before _____.
   (b) rebuttal expert witnesses on or before _____.

6. All discovery, including depositions of experts, shall be completed on or before _____ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

                Yes          No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link:
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended only upon a showing of good cause not foreseeable at the date hereof.

Dated: 4/18/2023
New York, New York

_____
 **Judge Jennifer E Willis**
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME   Jay S. Campbell
Attorney for Plaintiff
ADDRESS   15 East 40 Street, Suite 800
E-mail:   New York, NY 10016
        jaycampbelllaw@gmail.com
Tel.:   (212) 725-2313
Fax:   (212) 725-2319

NAME   Jeffrey A. Segal
Attorney for Defendants, Lilly Transportation Corp.
ADDRESS   110 East 59th Street, 22nd Floor, New York, NY 10022
E-mail:   jsegal@srstlaw.com
Tel.:   (646) 432-5508
Fax:   (646) 432-5509