# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

JEFFREY A. SEGAL
856-842-0762
segal@srstlaw.com

www.srstlaw.com

110 EAST 59th STREET
22nd FLOOR
NEW YORK, NY 10022

TELEPHONE: 646-432-5508
FAX: 646-432-5509

January 23, 2024

**VIA E-MAIL**
Judge Lewis A. Kaplan
United States Courthouse
Southern District of New York.
500 Pearl Street
New York, NY 10017

    RE: **Mona Misra v. Lily Transporation Corp., et al.**
     **Civil Action No. 1:23-cv-999**
     **Our File No. 400381**

Dear Judge Kaplan:

  We herein confirm that the above-referenced matter has been settled at private mediation. Under separate cover, settlement documents are being circulated for signature. In the interim, we ask the Court to issue a Conditional Order of Dismissal pending the following of a fully signed Stipulation of Dismissal with Prejudice.

  Thank you in advance for your attention and courtesies in this matter.

           Very Truly Yours,

           SALMON, RICCHEZZA, SINGER & TURCHI LLP

         By: */s/ Jeffrey A. Segal*
           Jeffrey A. Segal

Cc: Jay Campbell, Esquire

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, 2/22/24, if the settlement is not consummated by then.

SO ORDERED:

_____
Lewis A. Kaplan
U.S.D.J.

1/23/24

{J0988200.DOCX}